IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEMARIO DONTEZ WALKER** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:20cv302-HSO-BWR |
| | § | |
| **GLORIA PERRY,** *et al.* | § | **DEFENDANTS** |

### FINAL JUDGMENT OF DISMISSAL

In accordance with the Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed without prejudice.

**SO ORDERED** this the 14th day of October, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE